# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| RIGOBERTO ARAGON, | ) CV 10-1928-PSG (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| RANDY GROUNDS, CTF Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed with prejudice.

DATED: 7/2/12

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

1